| | |
|---|---|
| UNITED STATES DISTRICT COURT FOR THE<br><br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>November 19, 2012<br>CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA<br><br>DEPUTY CLERK |

UNITED STATES OF AMERICA, )
                                                 )           Case No. 2:12-CR-00377-GEB
             Plaintiff, )
v. )           ORDER FOR RELEASE OF
                                                 )           PERSON IN CUSTODY
ANTHONY E. NAIL, )
                                                 )
             Defendant. )

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release ANTHONY E. NAIL, Case No. 2:12-CR-00377-GEB, Charge Title 18 USC § 2252, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

         __ Release on Personal Recognizance

         ✔ Bail Posted in the Sum of $ 50,000 (co-signed)

             ✔ Unsecured Appearance Bond

             __ Appearance Bond with 10% Deposit

             __ Appearance Bond with Surety

             __ Corporate Surety Bail Bond

             ✔ (Other)       With pretrial supervision and conditions of release as stated on the record in open court.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on November 19, 2012 at 2:30 pm.

By    *Dale A. Drozd* (signature)
Dale A. Drozd
United States Magistrate Judge