```
JOSEPH SCHLESINGER Bar #87692
Acting Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ANTHONY NAIL
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  | No. 2:12-cr-377 GEB |
| Plaintiff,  )  | |
| v.   )  | STIPULATION AND ORDER CONTINUING CASE AND EXCLUDING TIME |
| ANTHONY NAIL  )  | Date: January 4, 2012 |
| )  | Time: 9:00 a.m. |
| Defendant.  )  | Judge: Hon. Garland E. Burrell, Jr |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Matthew Morris, counsel for plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant ANTHONY NAIL, that the above matter be dropped from this court's calendar for January 4, 2013, at the request of the defense and be continued until February 15, 2013, for status conference. This continuance is requested in order to permit further client consultation and other defense preparation.

**IT IS FURTHER STIPULATED** that the time from January 4, 2013, through February 15, 2013, be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, 18 U.S.C. §§ 3161 *et. seq.,* pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) and  Local Code T-4

**IT IS SO STIPULATED**.

Date: January 3, 2013                    Benjamin B. Wagner
                                         United States Attorney

                                         /S/ Matthew Morris
                                         By:  Matthew Morris
                                         Assistant United States Attorney
                                         Counsel for Plaintiff

Date: January 3, 2013                    /S/ Jeffrey L. Staniels
                                         JEFFREY L. STANIELS
                                         Assistant Federal Defender
                                         Attorney for Defendant
                                         ANTHONY NAIL

**O R D E R**

Based on the above stipulation of the parties, this matter is ordered to be dropped from the calendar for January 4, 2013, and is ordered to be re-calendared for February 15, 2013, at 9:00 a.m.

Time is excluded from computation of time within which the trial of this matter must be commenced from January 4, 2013, through February 15, 2013, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv) and Local Code T4.

**IT IS SO ORDERED**.

Dated:  January 4, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

Stip & Order Continuing Case
and Excluding Time                    2