JOSEPH SCHLESINGER Bar #87692
Acting Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ANTHONY NAIL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:12-cr-377 GEB |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER CONTINUING CASE AND EXCLUDING TIME |
| ANTHONY NAIL ) | |
| Defendant. ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Matthew Morris, counsel for plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant ANTHONY NAIL, that the above matter be dropped from this court's calendar for April 26, 2013, at the request of the defense and be continued until June 21, 2013, for status conference. This continuance is requested in order to permit further client consultation and other defense preparation.  The request also accounts for the anticipated change of counsel (requested by a contemporaneously filed motion for substitution of counsel) due to the impending retirement of current defense counsel.

**IT IS FURTHER STIPULATED** that the time from April 26, 2013, through June 21, 2013, be excluded from computation of time within

which the trial of this matter must be commenced under the Speedy Trial Act, 18 U.S.C. §§ 3161 *et. seq.,* pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) and  Local Code T-4.  (Defense preparation and continuity of counsel)

**IT IS SO STIPULATED**.

Date: April 24, 2013                  Benjamin B. Wagner
                                      United States Attorney


                                      /S/ Matthew Morris
                                      By:  Matthew Morris
                                      Assistant United States Attorney
                                      Counsel for Plaintiff


Date: April 24, 2013                  /S/ Jeffrey L. Staniels
                                      JEFFREY L. STANIELS
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      ANTHONY NAIL

**O R D E R**

Based on the above stipulation of the parties, this matter is ordered to be dropped from the calendar for April 26, 2013, and is ordered to be re-calendared for June 21, 2013, at 9:00 a.m.

Time is excluded from computation of time within which the trial of this matter must be commenced from April 26, 2013, through June 21, 2013, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv) and Local Code T4.

**IT IS SO ORDERED**.

Dated:  April 24, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

Stip & Order Continuing Case
and Excluding Time                2

Stip & Order Continuing Case
and Excluding Time                3