**Michael J. Aye, SBN 86288**
Attorney at Law
117 J Street, Suite 202
Sacramento, CA 95814-2212
Telephone (916) 447-1278

ATTORNEY FOR DEFENDANT
ANTHONY NAIL

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:12-CR-377 GEB |
| | ) | |
| PLAINTIFF, | ) | **AMENDED** |
| | ) | AGREEMENT AND STIPULATION OF |
| v. | ) | THE PARTIES TO CONTINUE THE |
| | ) | STATUS CONFERENCE TO |
| ANTHONY NAIL, | ) | FRIDAY, AUGUST 16, 2013 |
| | ) | WITH TIME EXCLUDED UNDER THE |
| | ) | SPEEDY TRIAL ACT AND PROPOSED |
| | ) | ORDER |
| DEFENDANT. | ) | |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Matthew Morris, counsel for plaintiff, and Michael J. Aye, Attorney at Law, counsel for defendant ANTHONY NAIL, that the above matter be dropped from this court's calendar for June 21, 2013, at the request of the defense and be continued until August 19, 2013, for status conference. This continuance is requested in order to permit further client consultation and other defense preparation which may include an assessment of the physical evidence in this case. Such assessment, due to the nature of the content, will substantial work that has not yet begun and will require the court to issue a protective order.

**IT IS FURTHER STIPULATED** that the time from June 21, 2013, through August 19, 2013, be excluded from computation of time within which the

1

1  trial of this matter must be commenced under the Speedy Trial Act, 18

2  U.S.C. §§ 3161 et. seq., pursuant to 18 U.S.C. § 3161(h)(7)(A) &

3  (B)(iv) and Local Code T-4. (Defense preparation and continuity of

4  counsel)

5  **IT IS SO STIPULATED.**

6  Date: June 20, 2013

7  _____

8  Benjamin B. Wagner
   United States Attorney
9  /S/ Matthew Morris
   By: Matthew Morris
   Assistant United States Attorney
10 Counsel for Plaintiff

10 Date: June 20, 2013

11

12 _____

12 Michael J. Aye
   Attorney at Law
13 /S/ Michael J. Aye
   By: Michael J. Aye
14 Attorney for Defendant
   ANTHONY NAIL

15

16 **O R D E R**

17 Based on the above stipulation of the parties, this matter is ordered

18 to be dropped from the calendar for June 21, 2013, and is ordered to

19 be re-calendared for August 16, 2013, at 9:00 a.m. Time is excluded

20 from computation of time within which the trial of this matter must

21 be commenced from June 21, 2013, through August 16, 2013, pursuant to

22 18 U.S.C. § 3161(h)(8)(A) & (B)(iv) and Local Code T4.

23 **IT IS SO ORDERED.**

24 Dated:  June 21, 2013

25

26 _____

27 GARLAND E. BURRELL, JR.
   Senior United States District Judge

28 2