**Michael J. Aye, SBN 86288**
Attorney at Law
117 J Street, Suite 202
Sacramento, CA 95814-2212
Telephone (916) 447-1278

ATTORNEY FOR DEFENDANT
ANTHONY NAIL

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:12-CR-377 GEB |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | MODIFYING CONDITIONS OF |
| | ) | RELEASE AND ALLOWING LIMITED |
| ANTHONY NAIL, | ) | COMPUTER AND INTERNET ACCESS |
| | ) | IN DEFENDANT'S HOME WITH |
| | ) | SECURITY TO PREVENT DEFENDANT |
| | ) | FROM HAVING ACCESS TO COMPUTER |
| DEFENDANT. | ) | OR INTERNET |
| _____ | ) | |

Is hereby stipulated and agreed by the United States and Defendant that in accordance with special condition 17 of the Special Conditions of Release dated November 19, 2012, that home of third party custodian Sharon Nail, be amended as follows:

17. You shall not use or possess a computer in your residence or at any other location unless otherwise approved by the pretrial services officer; however, the third party custodian may allow her son, Morgan Nail, to possess a laptop computer with internet access, in his room, at the family home of Sharon Nail provided that the following conditions exit:

    a. That the only room which shall contain the laptop to be used by Morgan be a room of the family home to which defendant shall have no access;

    b.    That the room of the family home where Morgan Nail's laptop is at all times kept shall have a secure door with a deadbolt lock;

    c.    That Defendant shall not have a key or access to the room of the family home where Morgan's laptop is kept and that the door to said room shall remained closed and locked at all times except for ingress and egress by Morgan Nail, Sharon Nail or Christopher Nail;

    d.    That any internet access in the third party custodian's family home is limited to a physical internet connection in Morgan Nail's room;

    e.    That any computer used by Morgan Nail, in the third party custodian's home, be password protected with a password that is provided to pretrial services and that will not be disclosed to defendant;

    f.    That upon request of pretrial services, Morgan's computer shall be made immediately available to pretrial services for inspection;

    g.    That no material related to or derived from the use of Morgan's computer, including data, picture or audio recordings, shall be given to defendant in any printed or electronic form, including, but not limited to, by computer printouts or electronic media of any type;

    h.    That defendant shall not be able to observe or listen to any material which is related to the use of Morgan's laptop;

    i.    That the third party custodian, on behalf or herself

and her son Morgan Nail, shall sign an authorization and release, allowing pretrial services to access on demand, and without need for any warrant or further order of this court, any computer usage information from any internet service provider for third party custodian's residence.

**IT IS SO STIPULATED**.

Date: August 29, 2013

```
                          /S/
                Benjamin B. Wagner
                United States Attorney
                /S/ Matthew Morris
                By: Matthew Morris
                Assistant United States Attorney
                Counsel for Plaintiff
```

Date: August 29, 2013

```
                          /s/
                Michael J. Aye
                Attorney at Law
                /S/ Michael J. Aye
                By: Michael J. Aye
                Attorney for Defendant
                ANTHONY NAIL
```

**O R D E R**

Based on the above stipulation of the parties, condition 17 of the Special Conditions of Release dated November 19, 2012, is hereby modified to read as set forth above.

**IT IS SO ORDERED.**

Dated:   September 3, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

3