Michael J. Aye, SBN 86288
Attorney at Law
117 J Street, Suite 202
Sacramento, CA 95814-2212
Telephone (916) 447-1278

ATTORNEY FOR DEFENDANT
ANTHONY NAIL

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    PLAINTIFF,<br><br>    v.<br><br>ANTHONY NAIL,<br><br><br>    DEFENDANT.<br>_____ | 2:12-CR-377 GEB<br><br>STIPULATION AND ORDER ALLOWING DEFENDANT TO BE ABSENT FROM HIS HOME FOR MORE THAN 24 HOURS AND TO TRAVEL OUTSIDE THE EASTERN DISTRICT FOR THE PURPOSE OF EYE SURGERY IN THE NORTHERN DISTRICT OF CALIFORNIA |

**Factual Background**

Defendant has a medical condition of his eyes known as pigmentary myopic degeneration in the nasal maculae of both eyes. He had successful surgery to correct this condition in his right eye in 2009 and is now scheduled for similar surgery to correct the condition in his left eye. His treating physician is Brian Ward, PhD, MD, in Campbell, California, an ophthalmologist who is a specialist in the treatment of this condition.

Defendant currently has a PreOp appointment on September 6, 2013 at 10:45 a.m. Dr. Ward's office in Campbell, California, which is in the Northern District of California. Surgery is scheduled for September 11, 2913 at Good Samaritan Hospital in San Jose/Campbell,

1

with a show time of 5:30 a.m. In order to be on time for surgery defendant must leave the house by about 2:30 a.m. that day. The PostOp appointment is scheduled for 10:30am the following day, September 12. This means defendant will need to stay overnight in the Campbell area. It is defendant's expectation that he will be able to return home by 5pm on September 12, 2013 at the latest. The third party custodian and her husband, defendant's father, will be traveling with him and provide transportation.

As before, defendant is requesting a 6 am to 5 pm curfew for that day of the PreOp appointment, in order to ensure compliance and take into account the vagaries of traffic congestion.

Is hereby stipulated and agreed by the United States and Defendant that in regard to condition 4 of defendant's Special Conditions of Release dated November 19, 2012 requiring that defendant not be and of away from his home for more than 24 hours and condition 6 which restricts travel out side of the Eastern District of California, that:

1. With respect to condition 4 of the Special Conditions of release defendant, Christopher Nail, is allowed to leave his home on September 11, 2013 at 2:30 a.m. that day returning home by 5pm on September 12, 2013 at the latest. With regard to condition 6 of the special terms and conditions of release the defendant will be allowed to travel to the area of Campbell, California with third party custodian and her husband, defendant's father, during this period of time in order to have surgery preformed on defendant's left eye in order to alleviate pigmentary myopic degeneration in the nasal maculae of that eye.

**IT IS SO STIPULATED**.

Date: August 29, 2013

                          /S/
Benjamin B. Wagner
United States Attorney
/S/ Matthew Morris
By: Matthew Morris
Assistant United States Attorney
Counsel for Plaintiff

Date: August 29, 2013

                          /s/
Michael J. Aye
Attorney at Law
/S/ Michael J. Aye
By: Michael J. Aye
Attorney for Defendant
ANTHONY NAIL

**O R D E R**

Based on the above stipulation of the parties, conditions 4 and 6 of the Special Conditions of Release dated November 19, 2012, are hereby modified to read as set forth above.

**IT IS SO ORDERED.**

Dated: September 3, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE