**Michael J. Aye, SBN 86288**
Attorney at Law
117 J Street, Suite 202
Sacramento, CA 95814-2212
Telephone (916) 447-1278

ATTORNEY FOR DEFENDANT
ANTHONY NAIL

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:12-CR-377 GEB |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | AGREEMENT AND STIPULATION OF |
| v. | ) | THE PARTIES TO CONTINUE THE |
| | ) | STATUS CONFERENCE TO |
| ANTHONY NAIL, | ) | FRIDAY, January 31, 2014 |
| | ) | WITH TIME EXCLUDED UNDER THE |
| | ) | SPEEDY TRIAL ACT AND PROPOSED |
| | ) | ORDER |
| DEFENDANT. | ) | |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Matthew Morris, counsel for plaintiff, and Michael J. Aye, Attorney at Law, counsel for defendant ANTHONY NAIL, that the above matter be dropped from this court's calendar for December 6, 2013, at the request of the defense and be continued until January 31, 2014, for status conference. This continuance is requested in order to permit further client consultation and other defense preparation which may include an assessment of the physical evidence in this case. Such assessment, due to the nature of the content, will result in substantial work that has not yet begun and will require the court to issue a protective order. The defense has only received a stipulated order allow the accessing of the drive on this date and will need the

_____
**Stipulation and Order To Exclude Time**
- 1 -

time to not only access the material but to discuss the content with the client relative to the potential impact that the material may have on this case.

**IT IS FURTHER STIPULATED** that the time from December 6, 2013, through January 31, 2014, be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, 18 U.S.C. §§ 3161 et. seq., pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) and Local Code T-4. (Defense preparation and continuity of counsel)

**IT IS SO STIPULATED.**

Date: November 14, 2013

_____/S/_____
Benjamin B. Wagner
United States Attorney
/S/ Matthew Morris
By: Matthew Morris
Assistant United States Attorney
Counsel for Plaintiff

Date: November 14, 2013

_____/S/_____
Michael J. Aye
Attorney at Law
/S/ Michael J. Aye
By: Michael J. Aye
Attorney for Defendant
ANTHONY NAIL

**O R D E R**

Based on the above stipulation of the parties, this matter is ordered to be dropped from the calendar for December 6, 2013,

---

**Stipulation and Order To Exclude Time**
- 2 -

and is ordered to be re-calendared for January 31, 2014, at 9:00 a.m. Time is excluded from computation of time within which the trial of this matter must be commenced from December 6, 2013, through January 31, 2014, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv) and Local Code T4.

**IT IS SO ORDERED.**

Dated:   November 15, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

**Stipulation and Order To Exclude Time**
- 3 -