1  **Michael J. Aye, SBN 86288**
   Attorney at Law
2  117 J Street, Suite 202
   Sacramento, CA 95814-2212
3  Telephone (916) 447-1278

4  ATTORNEY FOR DEFENDANT
   ANTHONY NAIL
5

6              IN THE UNITED STATES DISTRICT COURT FOR THE

7                    EASTERN DISTRICT OF CALIFORNIA

8  UNITED STATES OF AMERICA,      )    2:12-CR-377 GEB
                                  )
9       PLAINTIFF,                )
                                  )
10      v.                        )    AGREEMENT AND STIPULATION OF
                                  )    THE PARTIES TO CONTINUE THE
11 ANTHONY NAIL,                  )    STATUS CONFERENCE TO
                                  )    FRIDAY, FEBRUARY 28, 2014
12                                )    WITH TIME EXCLUDED UNDER THE
                                  )    SPEEDY TRIAL ACT AND PROPOSED
13                                )    ORDER
        DEFENDANT.                )
14 _____)

15
        **IT IS HEREBY STIPULATED** by and between Assistant United
16
   States Attorney Matthew Morris, counsel for plaintiff, and
17
   Michael J. Aye, Attorney at Law, counsel for defendant ANTHONY
18
   NAIL, that the above matter be dropped from this court's
19
   calendar for January 31, 2014, at the request of the defense and
20
   be continued until February 28, 2014, for status conference. This
21
   continuance is requested in order to permit further client
22
   consultation and other defense preparation which includes
23
   completing review of the physical evidence in this case. Such
24
   assessment, due to the nature of the content, will result in
25
   substantial work that has not yet been completed due to technical
26
   problems with the original defense copy of the drive and the
27
   restrictions that are inherent in examining evidence of this type.
28

_____
**Stipulation and Order To Exclude Time**
                                    - 1 -

In addition, defense counsel is presently scheduled to begin trial in Los Angeles County which is expected to begin the first week of February and last to as long as two weeks.

**IT IS FURTHER STIPULATED** that the time from January 31, 2014, through February 28, 2014, be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, 18 U.S.C. §§ 3161 et. seq., pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) and Local Code T-4. (Defense preparation and continuity of counsel)

**IT IS SO STIPULATED.**

Date: January 21, 2014

_____/S/_____
Benjamin B. Wagner
United States Attorney
/S/ Matthew Morris
By: Matthew Morris
Assistant United States Attorney
Counsel for Plaintiff

Date: January 21, 2014

_____/S/_____
Michael J. Aye
Attorney at Law
/S/ Michael J. Aye
By: Michael J. Aye
Attorney for Defendant
ANTHONY NAIL

**O R D E R**

Based on the above stipulation of the parties, this matter is ordered to be dropped from the calendar for January 31, 2014, and

**Stipulation and Order To Exclude Time**

- 2 -

is ordered to be re-calendared for February, 2014, at 9:00 a.m. Time is excluded from computation of time within which the trial of this matter must be commenced from January 31, 2014, through February, 2014, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv) and Local Code T4.

**IT IS SO ORDERED.**

**Dated:  January 21, 2014**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

**Stipulation and Order To Exclude Time**
- 3 -