1  **Michael J. Aye, SBN 86288**
   Attorney at Law
2  117 J Street, Suite 202
   Sacramento, CA 95814-2212
3  Telephone (916) 447-1278

4  ATTORNEY FOR DEFENDANT
   ANTHONY NAIL
5

6              IN THE UNITED STATES DISTRICT COURT FOR THE

7                    EASTERN DISTRICT OF CALIFORNIA

8
   UNITED STATES OF AMERICA,    )    2:12-CR-377 GEB
9                               )
        PLAINTIFF,               )
10                              )
        v.                       )    AGREEMENT AND STIPULATION OF
11                              )    THE PARTIES TO CONTINUE THE
                                )    STATUS CONFERENCE TO
   ANTHONY NAIL,                )    FRIDAY, March 21, 2014
12                              )    WITH TIME EXCLUDED UNDER THE
                                )    SPEEDY TRIAL ACT AND PROPOSED
13                              )    ORDER
        DEFENDANT.               )
14 _____)

15
       **IT IS HEREBY STIPULATED** by and between Assistant United
16
   States Attorney Matthew Morris, counsel for plaintiff, and
17
   Michael J. Aye, Attorney at Law, counsel for defendant ANTHONY
18
   NAIL, that the above matter be dropped from this court's
19
   calendar for March 7, 2014, at the request of the defense and be
20
   continued until March 21, 2014, for status conference. This
21
   continuance is requested in order to permit further client
22
   consultation and other defense preparation in this matter. It is
23
   expected that a resolution of this case will be reached by March
24
   21, 2014; however, counsel for defendant needs additional time to
25
   confer with his client concerning the implication of the discovery
26
   in this that counsel for defendant has recently completed
27
   reviewing.
28

_____
**Stipulation and Order To Exclude Time**
                                    - 1 -

**IT IS FURTHER STIPULATED** that the time from March 7, 2014, through March 21, 2014, be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, 18 U.S.C. §§ 3161 et. seq., pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) and Local Code T-4. (Defense preparation and continuity of counsel)

**IT IS SO STIPULATED.**

Date: March 4, 2014

_____/S/_____
Benjamin B. Wagner
United States Attorney
/S/ Matthew Morris
By: Matthew Morris
Assistant United States Attorney
Counsel for Plaintiff

Date: March 4, 2014

_____/S/_____
Michael J. Aye
Attorney at Law
/S/ Michael J. Aye
By: Michael J. Aye
Attorney for Defendant
ANTHONY NAIL

**O R D E R**

Based on the above stipulation of the parties, this matter is ordered to be dropped from the calendar for March 21, 2014, and is ordered to be re-calendared for March 21, 2014, at 9:00 a.m. Time is excluded from computation of time within which the trial of this matter must be commenced from March 3, through March 21,

---

**Stipulation and Order To Exclude Time**

- 2 -

2014, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv) and Local Code T4.

**IT IS SO ORDERED.**

Dated: March 12, 2014

```
_____
GARLAND E. BURRELL, JR.
Senior United States District Judge
```

**Stipulation and Order To Exclude Time**

- 3 -